NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**1836549 ONTARIO LTD.,**
**(FORMERLY TRIANGLE SOFTWARE, LLC),**
*Plaintiff-Appellant,*

v.

**GARMIN USA, INC., AND GARMIN**
**INTERNATIONAL, INC.,**
*Defendants-Appellees.*

---

2012-1275

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-1457, Judge Claude M. Hilton.

---

**JUDGMENT**

---

MICHAEL J. BONELLA, Kessler Topaz Meltzer & Check LLP, of Radnor, Pennsylvania, argued for plaintiff-appellant. With him on the brief was PAUL B. MILCETIC. Of counsel on the brief was CONSTANTINE L. TRELA, JR., Sidley Austin, LLP, of Chicago, Illinois. Of counsel were TODD KUPSTAS, MATTHEW L. MUSTOKOFF and JENNA PELLECCHIA, Kessler Topaz Meltzer & Check LLP, of Radnor, Pennsylvania.

NICHOLAS P. GROOMBRIDGE, Paul, Weiss, Rifkind, Wharton & Garrison LLP, of New York, New York, argued for defendants-appellees. With him on the brief were ANDREW S. BROWN, JENNY CHIA CHENG WU and ERIN WIGGINS; and DAVID J. BALL, JR., and ANNAKA NAVA, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, SCHALL and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2013     /s/ Jan Horbaly
Date          Jan Horbaly
Clerk